

FILED
2015 Mar-27  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| LEISHA REAVES, individually, on behalf of herself and all others similarly situated, </br></br>  Plaintiff, </br></br> v. </br></br> CABLE ONE, INC., </br></br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.:1:11-cv-03859-MHH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties in this action, by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Joint Stipulation of Dismissal and hereby dismiss this entire action, including Defendant Cable One, Inc., *with prejudice*. Both parties also stipulate that each side shall bear all their own costs, expenses and attorneys' fees.

Respectfully submitted this 27th day of March, 2015.

                                    */s/ Jeffrey P. Leonard*
                                    JEFFREY P. LEONARD (ASB-2573-J67L)
                                    HENINGER GARRISON & DAVIS, LLC
                                    2224 1ST Avenue North
                                    Birmingham, Alabama 35203
                                    205.326.3336 (phone)
                                    205.326.3332 (facsimile)
                                    jleonard@hgdlawfirm.com

*/s/ Paul A. Traina*
PAUL A. TRAINA (155805)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 12<sup>t</sup>h Floor
Los Angeles, California 90067-4113
Tel: (310) 552-3800
Fax: (310) 552-9434
ptraina@elllaw.corn

*Attorneys for plaintiff Leisha Reaves*

*/s/ Michael R. Pennington*
Michael R. Pennington
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel:   (205) 521-8391
Fax:   (205).488-6391
mpennington@babc.com

Eric C. Bosset
COVINGTON & BURLING LLP One City Center
850 10th Street, NW
Washington, DC 20001-4956
Tel:   (202) 662-5606
Fax:   (202) 662-6291
ebosset@cov.com

Michael D. Hays
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Tel:   (202) 776- 2711
Fax:   (202) 842- 7899
mhays@cooley.com

*Attorneys for defendant Cable One*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2015, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Brian J. Panish
Pete Kaufman
Rahul Ravipudi
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
11 Broadway, Suite 2200
New York, NY 10004

Eric C. Bosset
COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, DC 20001-4956
ebosset@cov.com

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
sfrankel@cov.com

Michael D. Hays
COOLEY, LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
mhays@cooley.com

Joey K. James
BUNCH & JAMES
210 E. Tennessee Street
Florence, AL 35630

Michael R. Pennington
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North Birmingham, AL 35203
mpennington@babc.com

Paul A. Traina
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard,
12th Floor
Los Angeles, California 90067-4113
ptraina@elllaw.corn

*/s/ Jeffrey P. Leonard*
Jeffrey P. Leonard

3