# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LEISHA REAVES,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:11-cv-03859-MHH |
| **CABLE ONE, INC.,** | } |
| Defendant. | } |

## ORDER

Plaintiff Leisha Reaves and defendant Cable One, Inc. have filed a joint stipulation of dismissal with prejudice. (Doc. 54).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 30, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE